# Court of Appeals, State of Michigan

## ORDER

Jason Michael Morgan v Ashwin H Shah MD

Docket No. 341846

LC No. 16-138595-NH

Elizabeth L. Gleicher
Presiding Judge

Cynthia Diane Stephens

Colleen A. O'Brien
Judges

The Court orders that the February 12, 2019 opinion is hereby AMENDED to correct a clerical error. In the caption area of the opinion, Macomb Circuit Court is corrected to read Monroe Circuit Court.

In all other respects, the February 12, 2019 opinion remains unchanged.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAY 1 7 2019
Date

Chief Clerk